■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v BYRON CLARK, Respondent. [974 NYS2d 825]—Appeal from an order of the Supreme Court, Erie County (Christopher J. Burns, J.), dated December 14, 2012. The order granted the motion of defendant to suppress physical evidence.

It is hereby ordered that the order so appealed from is unanimously affirmed for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.